IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK D. GRIFFIN,

    Plaintiff,

v.          3:10cv545-WS

WALTER A. McNEIL, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 21) docketed October 11, 2011. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint, and this action, are hereby DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.  The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this ___14th___ day of ___November___, 2011.

s/ William Stafford<br>
WILLIAM STAFFORD<br>
SENIOR UNITED STATES DISTRICT JUDGE